**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1933**

In re: CHRISTINA M. VOGT,

Petitioner.

On Petition for Writ of Prohibition.  (3:20-cv-00122-GMG-RWT)

Submitted:  November 19, 2020                Decided:  November 23, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Christina M. Vogt, Petitioner Pro Se.  Joseph Umberto Leonoro, STEPTOE & JOHNSON PLLC, Charleston, West Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina M. Vogt petitions for a writ of prohibition, seeking an order from this court remanding her removed civil action back to West Virginia state court and awarding her $5,000 in costs and damages.

A writ of prohibition is a "drastic and extraordinary remedy which should be granted only when the petitioner has shown h[er] right to the writ to be clear and undisputable and that the actions of the court were a clear abuse of discretion." *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983). A writ of prohibition may not be used as a substitute for appeal. *Id.* The relief sought by Vogt is not available by way of prohibition.

Accordingly, we deny the petition for a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*